George H. Andrews, Respondent, v. Crosstown Street Railway Company of Buffalo, Appellant.— Judgment and order affirmed, with costs. All concurred. Spring, J., not sitting.

The City of Rochester, Respondent, v. Edward C. Gutberlett, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Catherine Schopp, Respondent, v. George Moon, Jr., Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Schuyler Grant, Appellant, v. George V. Fowler and George V. Fowler Realty Company, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. Lehigh Valley Railroad Company, Appellant, v. The State Board of Tax Commissioners, Respondent.— Motion for leave to appeal to Court of Appeals granted, and question for review certified.

Louise C. Knorr, as Administratrix, etc., Appellant, v. William Simon, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Nicola Daniele, Appellant, v. Domenico Bellissimo, Respondent. Margaret Stevens, Appellant, v. J. N. Adam & Company, Respondent. United Vaudeville Company, Respondent, v. Henry C. Zeller and Others, Individually and as Police Commissioners of the City of Buffalo, Appellants. Lee Jackson, Respondent, v. Edward A. Perkins, Appellant. Buffalo Savings Bank, Appellant, v. George Hunt and Others, Respondents.— The foregoing cases having been twice reached in their regular order and passed, are dismissed, with costs, under General Rule No. 39.

The City of Rochester, Respondent, v. Jacob Kern, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

---

## THIRD DEPARTMENT, MARCH, 1910.

Milton C. Armstrong, Respondent, v. Clement T. Batsford, Appellant.— Judgment unanimously affirmed, with costs.

George D. Bartlett, Respondent, v. Henry W. Bean and Others, Appellants.— Judgment and order unanimously affirmed, with costs.

Lida A. Hall, as Administratrix, etc., of Bert J. Hall, Deceased, Appellant, v. The Cayuga Lake' Cement Company, Respondent.— Judgment and order affirmed, with costs. All concurred, except Kellogg, J., dissenting.

Henry W. Hamell, Appellant, v. Frank P. De Vinne, Respondent.— Judgment affirmed, with costs. All concurred, except Smith, P. J., and Cochrane, J., dissenting.

William H. Hallock, Appellant, v. The East Branch Lumber Company, Respondent.— Judgment unanimously affirmed, with costs. Sewell, J., not sitting.